UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANITA TOVAR, ET AL., | |
| Plaintiffs, | |
| -against- | 25-CV-9648 |
| FRANCIS GREENBURGER, ET AL., | ORDER OF SERVICE |
| Defendants. | |

JOHN G. KOELTL, United States District Judge:

Plaintiffs, who are proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue a summons as to each Defendant. Plaintiffs are directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.[1]

If within those 90 days, Plaintiffs have not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

Plaintiffs may receive court documents by email by completing the attached form,

Consent to Electronic Service.[2]

SO ORDERED.

Dated:    December 15, 2025
          New York, New York

_____
JOHN G. KOELTL
United States District Judge

---

[2] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.