UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

MONIQUE SAUNDERS, DAVID SAUNDERS,

et al.,

Plaintiffs,

- against -

Case No.: 1:25-cv-09648 (JGK) (OTW)

FRANCIS GREENBURGER, et al.,

Defendants.

----------------------------------------------------------x

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF MINOR CHILD D.C.S. WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)**

----------------------------------------------------------x

TO: THE HONORABLE ONA T. WANG, U.S.M.J.

The Plaintiffs pro se, Monique Saunders and David Saunders, hereby provide formal Notice to this Court and all parties of record that all claims asserted by and on behalf of their minor child, D.C.S., are hereby VOLUNTARILY DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

In immediate compliance with this Court's **August 20, 2026** Order (ECF No. 32), and in accordance with the well-established Second Circuit rule that non-lawyer parents cannot represent the interests of their children pro se (*Cheung v. Youth Orchestra Found. Of Buffalo, Inc.*, 906 F.2d 59; *Tindall v. Poultney High Sch. Dist.*, 414 F.3d 281), the Plaintiffs have determined that it is in the absolute interest of judicial economy and administrative clarity to remove the minor child from this specific pro se litigation track.

Pursuant to FRCP 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. As of the date of this filing, the unserved private defendants have not appeared, and the municipal City Defendants remain bound to a fixed **September 30, 2026** calendar deadline strictly limited to the filing of an Answer under ECF No. 33.

Accordingly, this Notice is effective immediately upon filing as a matter of absolute right. This dismissal is executed strictly WITHOUT PREJUDICE, thereby fully preserving and safeguarding all independent civil rights and tort claims belonging to the minor child, D.C.S. Her claims remain completely insulated and paused under the infancy tolling protections of New York CPLR § 208, allowing her to re-file her independent causes of action through licensed legal counsel at any time upon reaching the age of majority.

Dated: September 9, 2026
Brooklyn, New York

Respectfully submitted,

/s/ Monique A. Saunders
MONIQUE A. SAUNDERS, RN, JD
*Plaintiff Pro Se*
210 Clinton Avenue, Apt. 1H
Brooklyn, New York 11205-3422

/s/ David Saunders
DAVID SAUNDERS
*Plaintiff Pro Se*
210 Clinton Avenue, Apt. 1H
Brooklyn, New York 11205-3422