UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONIQUE (TOVAR) SAUNDERS, ET AL,

Plaintiffs,

- against -

FRANCIS GREENBURGER, ET AL,

Defendants.

25-cv-9648 (JGK)

Order

John G. Koeltl, District Judge:

The parties are directed to appear by telephone for a conference in connection with the City defendants' contemplated motion to dismiss on **Friday, October 9, 2026, at 12:30 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated: New York, New York
October 2, 2026

John G. Koeltl
United States District Judge