UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONIQUE (TOVAR) SAUNDERS, ET AL,

Plaintiffs,

- against -

FRANCIS GREENBURGER, ET AL,

Defendants.

25-cv-9648 (JGK)

Order

**John G. Koeltl, District Judge:**

In view of the City defendants' letter requesting a pre-motion conference to file a motion to dismiss (ECF No. 43), the plaintiffs may file a second amended complaint by **Friday, October 23, 2026**. If the plaintiffs choose not to file a second amended complaint, the City defendants may move to dismiss the first amended complaint—without seeking another pre-motion conference—by **November 13, 2026**. If the City defendants so move, the plaintiffs may respond by **December 4, 2026**. The City defendants may reply by **December 14, 2026**.

If the plaintiffs choose to file a second amended complaint, the plaintiffs shall serve the second amended complaint on any defendants who have not entered an appearance by **Friday, October 30, 2026**, and all defendants must answer or move to dismiss the second amended complaint—without seeking another pre-motion conference—by **November 20, 2026**. If any defendants move to dismiss the second amended complaint, the plaintiffs may respond by **December 11, 2026**. The defendants may reply by **December 21, 2026**.

The telephone conference scheduled for **October 9, 2026, at 12:30 p.m.** is **canceled**.

The Clerk is respectfully requested to mail a copy of this Order to the plaintiffs and to note mailing on the docket.

**SO ORDERED.**

**Dated:** **New York, New York**
**October 7, 2026**

**John G. Koeltl**
**United States District Judge**