UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

MONIQUE SAUNDERS, et al.,

Plaintiffs,

-against-

FRANCIS GREENBURGER, et al.,

Defendants.

---------------------------------------------------------x

25-CV-9648 (JGK) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG, United States Magistrate Judge:**

On November 2, 2026, Judge Koeltl extended Plaintiffs' time to complete service of the Second Amended Complaint to December 30, 2026. (ECF 62). Accordingly, the parties' answer and briefing schedule is:

- Defendants must answer *or* move to dismiss the Second Amended Complaint—without seeking another pre-motion conference—by January 20, 2027.
- If any Defendants move to dismiss the Second Amended Complaint, Plaintiffs' opposition must be filed by February 10, 2027.
- Defendants' reply, if any, should be filed by February 22, 2027.

**SO ORDERED.**

*s/ Ona T. Wang*

**Ona T. Wang**
United States Magistrate Judge

Dated: November 3, 2026
New York, New York