**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ANITA TOVAR, ET AL.,**

**Plaintiffs,**

**- against -**

**FRANCIS GREENBURGER, ET AL.,**

**Defendants.**

**25-cv-9648 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The application for a temporary restraining order of the state court proceeding (ECF No. 63) is **denied**. The plaintiff can pursue any available remedies available in state court. This Court should not interfere with an ongoing state court litigation. A federal court may not grant an injunction to stay proceedings in a state court except in specific circumstances including where necessary in aid of its jurisdiction. See 28 U.S.C. § 2283. There is nothing about the sanctions proceeding in state court that interferes with this Court's jurisdiction. No other exception applies. Therefore, the application is **denied.**

**SO ORDERED.**

**Dated:** **New York, New York**
**November 4, 2026**

**John G. Koeltl**
**United States District Judge**